27948.   HOWELL *v.* THE STATE.

GUERRY, J.   No error of law is complained of. The evidence supported the verdict. *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED JANUARY 18, 1940.

*Andrew J. Tuten,* for plaintiff in error.
*John S. Gibson, solicitor-general,* contra.